UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60263-CIV-DIMITROULEAS

NEIL JOSEPH HIDALGO,

    Plaintiffs,
v.

GUILIANO VALLORANI,
ZUCCARELLI'S OF MARGATE, LLC,
GIULIANO'S RESTAURANT, LLC,
ZUCCARELLI EAST, INC.,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on the Plaintiff's Motion for Attorney's Fees and Costs [DE 62], Plaintiff's Motion for Bill of Costs [DE 61] (collectively, the "Motions"), and the Report and Recommendation of Magistrate Judge Lurana S. Snow (the "Report") [DE 70], dated July 27, 2016. The Court notes that no objections to the Report [DE 70] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 70] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 70] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's conclusion that the Motions should be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1

1. The Report [DE 70] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion for Attorney's Fees and Costs [DE 62] is hereby **GRANTED in part**;

3. Plaintiff is awarded attorney's fees in the amount of $10,402.50;

4. Plaintiff's Motion for Bill of Costs [DE 61] is hereby **GRANTED**; and

5. Plaintiff is awarded costs in the amount of $884.10.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 16th day of August 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record